## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **8:21CR314** |
| vs. | ) ) ) | **ORDER** |
| **SHAWN THOMAS,** | ) ) ) | |
| **Defendant.** | ) ) | |

This matter is before the court on the defendant, Shawn Thomas's Motion to Continue Trial [103]. The court has been advised that the co-defendants do not object to the continuance. For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [60] is granted as follows:

1. The jury trial, **as to all defendants**, now set for October 18, 2022, is continued to January 3, 2023**.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 3, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: September 28, 2022**

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**s/ Susan M. Bazis**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**