IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:21CR314 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **AARION JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    This matter is before the court on defendant, Aarion Jenkins' Unopposed Motion to Continue Trial [115]. The court has been advised that the co-defendants do not object to the continuance. For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [115] is granted as follows:

1. The jury trial, **as to all defendants**, now set for January 3, 2023, is continued to February 14, 2023.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 14, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: December 8, 2022**

                                              BY THE COURT:

                                              s/ Susan M. Bazis
                                              **United States Magistrate Judge**